

FILED
CLERK, U.S. DISTRICT COURT

FEB 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Lamann Lamont Lindsey<br>DEFENDANT(S). | CASE NUMBER<br>CR 08-186<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Feb 21_, _2008_, at _11:00_ ☒a.m. / ☐p.m. before the Honorable _Fick_, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _2/19/08_          _____
                          U.S. District Judge/Magistrate Judge