UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 08-186 (B)-GAF | Date | January 30, 2009 |
|---|---|---|---|

| Present: The Honorable | **GARY ALLEN FEESS** |
|---|---|
| Interpreter | None |

| Renee Fisher | None | April A. Christine - Not Present |
|---|---|---|
| *Deputy Clerk* | Court Reporter/Recorder, Tape No. | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jamonn Lamont Lindsey | Not | √ | | Peter Carl Swarth | Not | √ | |

**Proceedings:**      (In Chambers)

### ORDER RE: MOTIONS IN LIMINE

The Court has received the joint statement of the parties regarding the motions in limine filed by the government: (1) to permit impeachment of defendant through the use of his prior felony convictions; and (2) to preclude the defendant (but not the government) from using defendant's prior out-of-court statements in the government's case in chief.  Since the defendant indicates non-opposition to either motion, they are **GRANTED.**  With respect to the prior convictions, the government is to provide the Court with an appropriate limiting instruction.

**IT IS SO ORDERED.**